# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00627-CV

### In re Paul Young

### ORIGINAL PROCEEDING FROM COMAL COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Paul Young, an inmate in the Comal County Jail, filed a *pro se* petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52.1. In his petition, Young asks this Court to direct the "Comal County Clerk" to file a Motion for Bond Reduction and other unspecified motions he alleges were mailed to the clerk. By statute, an appellate court has no authority to issue a writ of mandamus against a county or district clerk except as necessary to enforce the court's jurisdiction. *See* Tex. Gov't Code § 22.221(a). Because Young does not seek a writ of mandamus to enforce our jurisdiction, we dismiss his petition for writ of mandamus for want of jurisdiction. *See* Tex. R. App. P. 52.8(a).

_____
Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana and Smith

Filed: October 7, 2022